**RBS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 16- CR 506 |
| | ) |
| CERTAIN PERSONS | ) |

**ORDER**

AND NOW, this 12th day of December, 2016, upon consideration of the Government's Motion to Impound Information and accompanying docket papers, and after balancing the public right of access to court documents with the government's interest in resolving an ongoing criminal investigation, it is hereby

**O R D E R E D**

that the within Information and accompanying docket papers are IMPOUNDED and to be retained in the custody of the Clerk of Court until notified by the United States Attorney that the Information can be unimpounded, except that the Clerk is authorized to disclose to the attorney for the government the docket number and district court judge assigned to the case, and the attorney for the government is authorized to disclose the Information to the district court judge assigned to the case. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Mary E. Crawley, Assistant United States Attorney. AUSA Crawley is permitted to share these documents with other U.S. government employees and defense counsel in this matter. Defense

counsel will be informed that this matter remains under seal and that dissemination should be limited to his co-counsel and client.

IT IS FURTHER ORDERED THAT, the Clerk is directed upon notice from the United States Attorney's Office to remove the docket papers hereby impounded and restore the same to the public docket.

BY THE COURT:

**LINDA K. CARACAPPA**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 16- Cr 506 |
| ) | |
| CERTAIN PERSONS ) | |

## MOTION TO IMPOUND INFORMATION

The United States of America, by and through its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Mary E. Crawley, Assistant United States Attorney for the District, moves to impound the within documents and in support of its Motion states as follows:

1. The within Information, and accompanying docket papers, are documents which, if made public at this time, would jeopardize the government's interest in an ongoing criminal investigation and finalizing a non-trial resolution in this matter.

2. Although the public has a common law right of access to judicial proceedings and papers, matters relating to an ongoing criminal investigation are traditionally conducted *ex parte* and in camera, with deference to the government's determination that the Information should be sealed.

3. Accordingly, balancing the public's right of access to judicial documents with the government's interest in not jeopardizing its investigation, the government respectfully requests that the government's Motion be GRANTED. The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Mary E. Crawley, Assistant United

States Attorney. AUSA Crawley is permitted to share these documents with other U.S. government employees and defense counsel in this matter. Defense counsel will be informed that this matter remains under seal and that dissemination should be limited to his co-counsel and client. It is further requested that the Information shall be unimpounded upon notice of the United States Attorney.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

MARY E. CRAWLEY
Assistant United States Attorney