IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA       : | |
| v.                             : | CRIMINAL NO. 16-506 |
| JEFFREY A. GLAZER              : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

LOUIS D. LAPPEN
ACTING UNITED STATES ATTORNEY


 /s   Mary E. Crawley
MARY E. CRAWLEY
Assistant United States Attorney