IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No.: 2:16-cr-506-RBS |
| JEFFREY A. GLAZER, ) | |
| Defendant. ) | |

## PROPOSED ORDER

AND NOW, this 9th Day of March, upon consideration of the within Unopposed Motion for Temporary Return of Passport, it is hereby,

ORDERED AND DECREED that the Defendant Jeffrey A. Glazer is permitted to travel internationally to Turks and Caicos from April 3, 2018 to April 8, 2018. The defendant is to provide his travel itinerary to Pretrial Services. Pretrial services shall return defendant's passport to him by March 27 to facilitate his travel. Defendant is to return his passport to Pretrial Services by April 11.

_____
The Honorable R. Barclay Surrick

3/9/18 PTS, counsel of Record