IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 16-506 |
| JEFFREY ALAN GLAZER | : | |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

WILLIAM M. MCSWAIN
UNITED STATES ATTORNEY


 /s  David E. Troyer
DAVID E. TROYER
Assistant United States Attorney