UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY A. GLAZER,<br><br>            Defendant. | Case No. 2:16-cr-0506-RBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America hereby gives notice that the undersigned, Joseph C. Folio III, hereby withdraws as counsel in the above-captioned matter.

Dated: February 15, 2019    Respectfully submitted,

   /s/ Joseph C. Folio III
JOSEPH C. FOLIO III
Trial Attorney
U.S. Department of Justice
Antitrust Division, Washington Criminal I
450 5th Street NW, Suite 11300
Washington, D.C.  20530
Telephone:   (202) 598-8362
Fax:         (202) 305-4766
E-Mail:      Joseph.Folio@usdoj.gov

ATTORNEY FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing Notice of Withdrawal of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such to the following:

Thomas Mueller
Heather Tewksbury

                                */s/ Joseph C. Folio III*
                                JOSEPH C. FOLIO III
                                U.S. Department of Justice
                                Antitrust Division, Criminal I Section
                                450 5th Street NW, Suite 11300
                                Washington, D.C.  20530
                                Telephone:   (202) 598-8362
                                Fax:              (202) 305-4766
                                E-Mail:         Joseph.Folio@usdoj.gov