# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY A. GLAZER,<br><br>            Defendant. | Case No. 2:16-cr-506-RBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE FOR THE UNITED STATES

The United States of America hereby gives notice that the undersigned, Ellen R. Clarke, withdraws as counsel in the above-captioned matter.

Dated: February 22, 2019              Respectfully submitted,

                            */s/ Ellen R. Clarke*_____
                            Ellen R. Clarke
                            Trial Attorney
                            U.S. Department of Justice
                            Antitrust Division
                            450 5th St NW Suite 11300
                            Washington, DC 20530
                            (202) 598-2662

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney(s) of record:

Thomas Mueller
Heather Tewksbury
Matthew Celestin

Dated: February 22, 2019         */s/ Ellen R. Clarke*
                                 Ellen R. Clarke