IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: 3/19/2019 |
| vs. | | |
| JEFFREY A. GLAZER<br>39 Coleridge Dr.<br>Marlboro, NJ 07746-2148 | : | Criminal No. 16-506-01 |

## AMENDED NOTICE OF HEARING

Take notice that the above-entitled case has been set for **sentencing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **September 26, 2019** at **10:00 AM** before the **Honorable R. Barclay Surrick**, in **Courtroom 8-A**, **eighth** floor.

All defendants currently on bail are directed to report to the courtroom on the date and time stated above. If a defendant fails to appear as directed, bail may be forfeited and a bench warrant issued.

Counsel shall file their Sentencing Memorandum **three (3) business days** prior to the scheduled proceeding unless otherwise ordered by the Court.

Thank you,

 /s/Christina Franzese
Christina Franzese
Deputy Clerk
(267) 299-7639

Notice to:
Defendant
T. Mueller, Defense
D. Troyer, AUSA
S. Mittal, M. Grundvig DOJ
U.S. Marshal
Probation Office
Pretrial Services
Interpreter Coordinator

NO INTERPRETER REQUIRED

☒ THIS PROCEEDING HAS BEEN RESCHEDULED FROM 3/28/2019