IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 16-506 |
| JEFFREY A. GLAZER | | |

## ORDER

**AND NOW**, this 4th day of March, 2020, upon consideration of the government's letter requesting a continuance of sentencing, it is **ORDERED** that the request is **GRANTED**. The sentencing hearing is rescheduled for September 30, 2020 at 11:00 a.m.

**IT IS SO ORDERED.**

BY THE COURT:

R. Barclay Surrick, J.

cc:   Counsel
      Probation

_____     P. Kelly
Date                        By Whom