IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
:  CRIMINAL ACTION
v.
:
:  NO. 16-506
JEFFREY A. GLAZER

## ORDER

**AND NOW**, this 9th day of September, 2020, upon consideration of the government's letter requesting a continuance of sentencing, it is **ORDERED** that the request is **GRANTED**. The sentencing hearing is rescheduled for September 30, 2021 at 2:00 p.m.

**IT IS SO ORDERED**.

BY THE COURT:

_/s/ R. Barclay Surrick_
R. Barclay Surrick, J.

cc:  Counsel
     Probation

9/9/20          P. Kelly
 Date           By Whom