IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
:   CRIMINAL ACTION
v.   :
:   No. 16-506
JEFFREY A. GLAZER
167 Saddlebow Road
Bell Canyon, CA 91307

**AMENDED NOTICE OF HEARING**

Take notice that the defendant is scheduled for a **Sentencing** hearing on **September 29, 2022,** at **3:00 P.M.** before the **Honorable R. Barclay Surrick** in **Courtroom 8-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from: March 30, 2022**

For additional information, please contact the undersigned.

By:   Tashia C. Reynolds
      Courtroom Deputy to J. R. Barclay Surrick
      Phone: 267. 299. 7631

Date:   3/25/2022

cc via U.S. Mail:   Defendant
cc via email:   Thomas Mueller, Esquire
   David E. Troyer, AUSA
   Mark C. Grundvig, AUSA
   U.S. Marshal
   Court Security
   Probation Office
   Pretrial Services
   Interpreter Coordinator

crnotice (July 2021)