IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal No.: 2:16-cr-506-RBS |
| JEFFREY A. GLAZER, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR TEMPORARY RETURN OF PASSPORT**

The Defendant, Jeffrey A. Glazer, through his undersigned counsel, moves for temporary return of his United States passport from the Office of the United States Clerk for the Eastern District of Pennsylvania for the following reasons:

1. Mr. Glazer's passport is due to expire in December 2022. He is requesting temporary return of his passport to renew it.

2. Mr. Glazer will surrender his newly issued passport to his pretrial services officer after he receives it.

3. Counsel for the government has no objection to the temporary return of Mr. Glazer's passport.

Wherefore, it is moved that the court order that Jeffrey Glazer's passport be returned temporarily to him for the limited purpose of renewing it.

Respectfully Submitted:

*Thomas Mueller*
_____
Thomas Mueller
Counsel for Jeffrey A. Glazer
WilmerHale
1875 Pennsylvania Ave.
Washington, D.C. 20006

Date: October 27, 2022