IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   vs.   )<br>   )<br>JEFFREY A. GLAZER,   )<br>   )<br>   Defendant.   )<br>   ) | Criminal No.: 2:16-cr-506-RBS |

## **PROPOSED ORDER**

AND NOW, this        Day of                  , upon consideration of the Unopposed Motion for Temporary Return of Passport, it is hereby,

ORDERED AND DECREED that the Defendant Jeffrey A. Glazer is permitted to receive his passport for the limited purpose of renewing it.  Defendant is to return his newly issued passport to Pretrial Services.

_____

The Honorable R. Barclay Surrick