IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  CRIMINAL ACTION
        v.  :
          :  No. 16-506

JEFFREY A. GLAZER
167 Saddlebow Road
Bell Canyon, CA 91307

## AMENDED NOTICE OF HEARING

    Take notice that the defendant is scheduled for a **Sentencing** hearing on **Monday, October 2, 2023,** at **1:00 P.M.** before the **Honorable R. Barclay Surrick** in **Courtroom 8-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from: March 29, 2023**

For additional information, please contact the undersigned.

By:    Tashia C. Reynolds
        Courtroom Deputy to J.  R. Barclay Surrick
        Phone: 267. 299. 7631

Date:    3/2/23

cc via U.S. Mail:    Defendant
cc via email:    Thomas Mueller, Esquire
        David E. Troyer, AUSA
        Mark C. Grundvig, AUSA
        U.S. Marshal
        Court Security
        Probation Office
        Pretrial Services
        Interpreter Coordinator

crnotice (July 2021)