**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Criminal No. 16-506-01** |
| **JEFFREY ALAN GLAZER** | : | |

## PRAECIPE TO SATISFY FINANCIAL JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

Please mark as satisfied the criminal monetary penalties portion of the criminal judgment

entered in the above-captioned case. This Praecipe applies only to any special assessment,

restitution, and criminal fine obligation entered against the above-named defendant.

JACQUELINE C. ROMERO
United States Attorney

JOSEPH F. MINNI
Assistant United States Attorney
Pennsylvania Bar Id. No. 53241
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8200

Date: 5/29/24